IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CAMELLA LOUISE MCSWAIN                                                        PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:08CV767JCS

MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.                    DEFENDANTS

## JUDGMENT

For the reasons set forth in the record at the November 4, 2009 omnibus hearing, it is hereby ORDERED AND ADJUDGED that the complaint of Camella Louise McSwain is dismissed without prejudice.

SO ORDERED AND ADJUDGED this 13th day of November, 2009.


/s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE